UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **REX D. WINTER** | . | |
| | . | |
| Plaintiff, | . | Case No.   1:21-cv-00826 (TSC) |
| v. | . | |
| | . | |
| **THE PNC FINANCIAL SERVICES GROUP, INC.** | . | |
| | . | |
| Defendant. | . | |

## MOTION TO DISMISS

Defendant The PNC Financial Services Group, Inc. ("PNC Financial" or "Defendant"), by counsel, files this motion to dismiss all 14 counts of Plaintiff's Complaint for failure to join necessary and indispensable parties and for failure to state a claim upon which relief may be granted. PNC Financial also requests that Plaintiff's request for injunctive relief be denied. This motion is supported by the memorandum of law included herewith.

*s/ William A. Sherman, II*
#1005932
Dinsmore & Shohl LLP
801 Pennsylvania Ave. NW
Suite 610
Washington, DC 20004
(202) 372-9100 phone
(202) 372-9141 fax
william.sherman@dinsmore.com

*Counsel for The PNC Financial Services Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via Pacer and served upon *pro se* Plaintiff via FedEx on April 6, 2021.

    Rex D. Winter (*Pro Se*)
    4713 Dolphin Lane
    Alexandria, VA 22309

    /s/ William A. Sherman, II